Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**FILED**
**FEB 18 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

**United States Bankruptcy Court**
**Central District of California**

MACK MATTISON JONES

VICKI SUE JONES

) Chapter 13
)
) Case No.: 8:08-bk-11785-ES
)
) **NOTICE OF UNCLAIMED DIVIDEND**
) (Bankruptcy Rule 3010)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300685** in the sum of **$ .01** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3010. The name and address of the party entitled to said unclaimed dividend is as follows:

MACK MATTISON JONES
VICKI SUE JONES
4103 CAPOBELLA
ALISO VIEJO, CA 92656

Date: February 14, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0811785 | MACK MATTISON & VICKI SUE JONES ACCT: | Claim: 00000 | XXX-XX-3792 XXX-XX-1683 | 0.01 | 0.00 | 0.01 |
| | | TOTALS | | 0.01 | 0.00 | 0.01 |

MACK MATTISON JONES
VICKI SUE JONES
BALANCE:              [0.00  13/00000]
SSN: XXX-XX-3792    SSN: XXX-XX-1683
ACCT:                          CASE: 0811785
PRINCIPAL:      0.01    INTEREST:        0.00

---

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

**0300685**

Feb 14, 2010

VOID 90 DAYS FROM DATE

*********$0.01

PAY   Zero And 01/ 100 Dollars

TO THE ORDER OF   *U.S. BANKRUTCY COURT (FISCAL DEPT.) & VICKI SUE JONES*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0300685⑈ ⑆061100790⑆000000575186 2⑈